UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK CITY & VICINITY DISTRICT
COUNCIL OF CARPENTERS,

                Plaintiff,

-v-

ALITE FLOORING, LLC and MICHAEL
MALGIERI, Individually,

                Defendants.

**CONSENT JUDGMENT**

Case No. 23-cv-04505 (AKH)

---

By consent of the parties, New York City & Vicinity District Council of Carpenters ("Plaintiff") and Alite Flooring, LLC by this name or any other name and its successors and assigns, and Michael Malgieri ("Defendants"), it is hereby ORDERED, ADJUDGED AND DECREED that:

Plaintiff has judgment against Defendants in the amount of $33,920.93 in favor of Plaintiff and against Defendants, plus additional attorneys' fees and costs associated with this action and enforcement of this Judgment.

Defendants shall make payment of the $33,920.93 by cashier's/bank checks payable to NYCDCC according to the following schedule:

    Due by October 15, 2023:    $11,000.00;
    Due by November 15, 2023:  $11,000.00;
    Due by December 15, 2023:  $11,920.93.

Payments shall be delivered to Lydia Sigelakis c/o Spivak Lipton LLP, 1040 Avenue of the Americas, 20th Floor, New York, NY 10018.

Plaintiff agrees to file a satisfaction of judgment with the Court upon payment of the amounts due hereunder.

In the event of default on these payments, Defendants shall provide Plaintiff with names of all of Defendants' financial accounts, financial institution names, and account numbers.

Agreed and Consented to:

Plaintiff:

New York City & Vicinity District Council of Carpenters

By: _____, AS COUNSEL
Lydia Sigelakis
Spivak Lipton LLP
1040 Avenue of the Americas
New York, NY 10018
(212) 765-2100, (646) 763-2186
lsigelakis@spivaklipton.com

Defendants:

Alite Flooring, LLC

By: _____
Richard B. Ziskin
The Ziskin Law Firm, LLP
6268 Jericho Tpke., Suite 12A
Commak, NY 11725
(631) 462-1417
richard@ziskinlawfirm.com

Michael Malgieri, Individually

By: _____
Richard B. Ziskin
The Ziskin Law Firm, LLP
6268 Jericho Tpke., Suite 12A
Commak, NY 11725
(631) 462-1417
richard@ziskinlawfirm.com

SO ORDERED. Jurisdiction is reserved for disputes about enforcement and attorneys' fees and costs.

Dated: Sep 19, 2023
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

2